IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERROL IVANHOE CROSBIE, | : |
| Plaintiff | : |
| vs. | : |
| Warden ROBERT TOOL, *et al.*, | : NO. 5:11-CV-328 (MTT) |
| Defendants | : **O R D E R** |

Plaintiff **ERROL IVANHOE CROSBIE**, an inmate at Wilcox State Prison, has filed a motion to proceed *in forma pauperis* on appeal (Doc. 11) from the Court's September 13, 2011 Order (Doc. 5) that dismissed Plaintiff's *pro se* civil rights complaint filed under 42 U.S.C. § 1983. Based on the reasoning of this Court's prior order, the Court finds that the appeal is frivolous and not taken in good faith. 28 U.S.C. § 1915(a)(3). Accordingly, having been carefully considered, Plaintiff's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

If Plaintiff wishes to proceed with his appeal, he must pay the entire $455 appellate filing fee. Because Plaintiff has stated that he cannot pay the fee immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section1915(b), the prison account custodian shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to Plaintiff's account (to the extent the account balance exceeds $10) until the $455 appellate filing fee has been paid in full. Checks should be made payable to

"Clerk, U.S. District Court."

The Clerk of Court is **DIRECTED** to send a copy of this Order to the business manager at Wilcox State Prison.

**SO ORDERED**, this 8th day of November, 2011.

S/ Marc T. Treadwell  
MARC T. TREADWELL, JUDGE  
UNITED STATES DISTRICT COURT

cr